1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

7   JENNIE MARIE STRIKE BROWN,          )

8                      Plaintiff,       )        NO.   CV-11-0091-WFN
                                        )
9    -vs-                               )
                                        )        ORDER GRANTING
10  ALASKA AIR GROUP, INC., a           )        STIPULATION TO
    Delaware corporation, and ALASKA    )        DISMISS
11  AIRLINES, INC., an Alaska corporation, )
    and HORIZON AIR INDUSTRIES,         )
12  INC., a Washington corporation,     )
                                        )
13                     Defendants.      )

14        Before the Court is the parties' Stipulation to Dismiss All Claims Against Defendant

15  Alaska Air Group, Inc. and Breach of Contract Claim Against All Defendants (ECF No. 28).

16  The Court has reviewed the Stipulation and approves it.  Accordingly,

17        **IT IS ORDERED**:

18        1.   The parties' Stipulation to Dismiss All Claims Against Defendant Alaska Air

19  Group, Inc. and Breach of Contract Claim Against All Defendants, filed August 24, 2011,

20  **ECF No. 28**, is **GRANTED**.

21        2.   All of Plaintiff's causes of action against Defendant Alaska Air Group, Inc, are

22  **DISMISSED without prejudice and without an award of attorney's fees or costs to any**

23  **party**.

24        3.   The Plaintiff's cause of action for breach of contract against all Defendants is

25  **DISMISSED without prejudice and without an award of attorney's fees or costs to any**

26  **party**.

ORDER - 1

1    4.  Defendants Alaska Airlines, Inc. and Horizon Air Industries, Inc. shall answer the

2    Plaintiff's Complaint for Personal Injuries within ten (10) days of the date of this Order.

3    The District Court Executive is directed to file this Order and provide copies to

4    counsel.

5    **DATED** this 1st day of September, 2011.

6

7                                        s/ Wm. Fremming Nielsen

8    08-24-11                            WM. FREMMING NIELSEN
                                         SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2