1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIE MARIE STRIKE BROWN,<br><br>              Plaintiff,<br><br>  -vs-<br><br>ALASKA AIRLINES, INC., an Alaska corporation, and HORIZON AIR INDUSTRIES, INC., a Washington corporation,<br><br>              Defendants. | NO.   CV-11-0091-WFN<br><br>ORDER OF DISMISSAL |

Before the Court is a Stipulation For Order of Dismissal (ECF No. 47). Accordingly, **IT IS ORDERED** that:

1. The Stipulation For Order of Dismissal, filed January 9, 2013, **ECF No. 47**, is **GRANTED**.

2. Based upon the stipulation of the parties, it is hereby ordered that Plaintiff's claims against Defendant are dismissed **with prejudice** and without fees or costs to any party.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of January, 2013.

                                                s Wm. Fremming Nielsen
01-10-13                                   WM. FREMMING NIELSEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL